ACCEPTED
03-15-00053-CR
6217748
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 2:59:30 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00053-CR

IN THE COURT OF APPEALS

THIRD DISTRICT OF TEXAS AT AUSTIN

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/24/2015 2:59:30 PM
JEFFREY D. KYLE
Clerk

*******************************************************

CAUSE NO. 71,785

IN THE 264TH JUDICIAL DISTRICT COURT OF

BELL COUNTY, TEXAS

*******************************************************

KEVIN DUANE DRISDALE                    APPELLANT

VS.

THE STATE OF TEXAS                      APPELLEE

*******************************************************

## APPELLANT'S FOURTH MOTION FOR EXTENSION

## OF TIME TO FILE BRIEF

COMES NOW Appellant, KEVIN DUAN DRISDALE, by and through his attorney of record, James H. Kreimeyer, and respectfully moves the Court to extend the time for filing the Appellant's Brief in this cause, and in support hereof would show the Court as follows:

## I.

On December 8, 2014, Appellant entered a plea pursuant to a plea bargain with the prosecutor and approved by the Court, and the punishment assessed was twenty years (20) in the Texas Department of Criminal Justice, Institutional Division. The trial court's certificate of Appellant's Right to Appeal granted Appellant's appeal of the denial of the Motion to Suppress. The original notice of appeal filed on behalf of Appellant on January 5, 2015, did not address the right to appeal denial of a pre-trial motion.

## II.

An Amended Notice of Appeal was filed on March 31, 2015, with the Third Court of Criminal Appeals in Austin. A third Motion for Extension to File Brief was e-filed on June 24, 2015. On June 24, 2015, the court reporter completed the record in this cause. Appellant's Brief is due for filing with the Court of Appeals on July 27, 2015.

## III.

Appellant's attorney would respectfully request an extension of time to file Appellant's brief for the following reason: Previous motions for extension to file Appellant's brief were based on court reporter not having completed the reporter's record of a motion to suppress. Appellate counsel needs an additional 30 days to review authorities and counsel's legal assistant is going to be out on vacation and final draft cannot be completed and e-filed.

This Motion for Extension of Time is not filed for the purpose of delay, but so that the ends of justice may be served.

WHEREFORE, PREMISES CONSIDERED, Appellant requests the Court to grant a thirty (30) day extension of time to file the brief herein until August 26, 2015.

Respectfully submitted,

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT
P.O. BOX 727
BELTON, TEXAS 76513
(254) 939-9393
(254) 939-2870 FAX
T.S.B. #11722000
jkreime@vvm.com

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Appellant's Motion for Extension of Time to File Brief was delivered to Henry Garza, District Attorney, Bell County Courthouse, Belton, Texas 76513, on the 24th day of July 2015.

/s/ James H. Kreimeyer
JAMES H. KREIMEYER
ATTORNEY FOR APPELLANT